# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>Julia C. Re,<br><br>　　　　　　Debtor | Chapter 13<br><br>Case No. 25-10021 |

## ORDER DISMISSING CASE

Ms. Re is ineligible to pursue a case under Title 11 at this time. She was a debtor in a prior chapter 13 case, and she was authorized to pay the filing fee in that case in installments. [Case No. 24-10271, Dkt. No. 7]. After she missed the deadline for paying the first installment, the Court issued an Order of Proposed Dismissal in that case. [Case No. 24-10271, Dkt. No. 12]. That order advised that if Ms. Re failed to either pay the overdue installment or file a request for a hearing within fourteen days, her case would be dismissed and that dismissal would "be on account of willful failure of the debtor[] to abide by orders of the court, pursuant to 11 U.S.C. § 109(g)(1), which renders the debtor[] ineligible to file another voluntary petition for 180 days from the date of dismissal." Id. Ms. Re did not timely pay the overdue installment or file a request for a hearing, and her case was accordingly dismissed on January 3, 2025. [Case No. 24-10271, Dkt. No. 14]. The circumstances that resulted in the dismissal of Ms. Re's prior case render her ineligible to be a debtor under Title 11 until July 2, 2025. As such, this case is hereby dismissed under 11 U.S.C. § 1307(c).

Dated: February 19, 2025

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Michael A. Fagone
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge
　　　　　　　　　　　　　　　　　　　　　　District of Maine